**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **JADA BRIGGS on Behalf of Herself and on Behalf of All Others Similarly Situated** | **Case No. _____** |
| **Plaintiff(s),** | **COLLECTIVE ACTION** <br> **JURY TRIAL DEMANDED** |
| **V.** | |
| **DEARBORN PANTHEION, LLC, MARWAN HAIDAR, MELISSA HASHEM** | |
| **Defendants.** | |

## ORIGINAL COLLECTIVE ACTION COMPLAINT

### I.     SUMMARY

1.     Defendants Dearborn Pantheion, LLC, d/b/a Pantheion Club and individual Defendants Marwan Haidar, and Melissa Hashem (hereafter "Defendants") required and/or permitted Jada Briggs and others similarly situated (hereafter "Plaintiff" or "Plaintiffs") to work as exotic dancers at their adult entertainment club but refused to compensate them at the applicable minimum wage. In fact, Defendants refused to compensate them whatsoever for any hours worked. Plaintiffs' only compensation was in the form of tips from club patrons, and even those were partly confiscated by the club.