UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JADA BRIGGS, et al.,

     Plaintiffs,                             Case No. 19-cv-12549
                                          Hon. Matthew F. Leitman

v.

DEARBORN PANTHEION, LLC
d/b/a Pantheion Club, et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS DEARBORN PANTHEION, LLC AND MELISSA HASHEM ONLY

In accordance with the settlement placed on the record on December 30, 2021,

**IT IS HEREBY ORDERED** that all claims by and/or against Dearborn Pantheion,

LLC and Melissa Hashem only are **DISMISSED WITH PREJUDICE**.

                         s/Matthew F. Leitman
                         MATTHEW F. LEITMAN
                         UNITED STATES DISTRICT JUDGE

Dated:  January 3, 2022

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on January 3, 2022, by electronic means and/or ordinary
mail.

                         s/Holly A. Ryan
                         Case Manager
                         (810) 341-9764