UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JADA BRIGGS, et al.,

       Plaintiffs,

v.

       Case No. 19-cv-12549
       Hon. Matthew F. Leitman

DETROIT PANTHEION, LLC,
d/b/a Pantheion Club, et al.,

       Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the parties' Joint Stipulation of Dismissal With Prejudice (ECF #35), this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

       s/Matthew F. Leitman
       MATTHEW F. LEITMAN
       UNITED STATES DISTRICT JUDGE

Dated: January 11, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2022, by electronic means and/or ordinary mail.

       s/Holly A. Ryan
       Case Manager
       (810) 341-9764